UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Rosemary Przychowicz

Case No.: 17-14186/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __May 16, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
424 Cressmont Avenue
Blackwood, NJ
FMV - $131,500.00

Liens on property:    Carrington - $108,476.00

Amount of equity claimed as exempt: $9,876.89

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 17-14186-ABA
Rosemary Przychowicz                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Apr 18, 2017
                              Form ID: pdf905          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
```
db             +Rosemary Przychowicz,    424 Cressmont Ave,    Blackwood, NJ 08012-4530
516680216     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    201 Little Falls Drive,
                   Wilmington, DE 19808)
516680218      +Amex Department Stores,    PO Box 8218,    Mason, OH 45040-8218
516680219      +Barclay's Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516680220       Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
516680221       Carrington Mortgage Services,    2201 East 196th St,    Westfield, IN 46074
516680223      +Chase/ Bank One Card,    PO Box 15298,    Wilmington, DE 19850-5298
516680224       Comenity - Victorias Secret,    PO Box 182125,    Columbus, OH 43218-2125
516680225       Comenity Bank/Buckle,    PO Box 182789,    Columbus, OH 43218-2789
516680226      +Comenity Capital Bank,    PO Box 182120,    Columbus, OH 43218-2120
516680227       Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
516680228      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
516680229      +Gloucester Township Tax Office,    PO Box 8,    Blackwood, NJ 08012-0008
516680231       IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516680234      +James Snyder,    424 Cressmont Ave,    Blackwood, NJ 08012-4530
516680237      +Ntl Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
516680238       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                  Trenton, NJ 08625-0112
516680240      +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
516680241      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
516680243     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    P.O. Box 245,
                   Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516680244      +SYNB/LOC,    PO Box 965005,    Orlando, FL 32896-5005
516680242      +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
516680247      +TD Bank/Target,    PO Box 673,    Minneapolis, MN 55440-0673
516680248      +The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
516680249      +Wells Fargo Financial,    800 Walnut Street,    Des Moines, IA 50309-3891
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2017 22:15:12     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2017 22:15:08      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516680222      +E-mail/Text: bk.notifications@jpmchase.com Apr 18 2017 22:14:52      Chase Auto Finance,
                  P.O.Box 901076,    Fort Worth, TX 76101-2076
516680232      +E-mail/Text: cio.bncmail@irs.gov Apr 18 2017 22:14:32     IRS,    1601 Market St,
                  Philadelphia, PA 19103-2301
516680235       E-mail/Text: ebnsterling@weltman.com Apr 18 2017 22:14:51      Jared Jewelers,    375 Ghent Rd.,
                  Akron, OH 44333-4601
516680236      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2017 22:14:23      Kohls,    PO Box 3115,
                  Milwaukee, WI 53201-3115
516680239       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:18:58      Old Navy,    PO Box 965005,
                  Orlando, FL 32896-5005
516680245       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:19:11      Syncb/Hh Gregg,    PO Box 965036,
                  Orlando, FL 32896-5036
516680246      +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:19:11      Syncb/Lowes,    PO Box 965005,
                  Orlando, FL 32896-5005
516683079      +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:19:12      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
516680217*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    201 Little Falls Drive,
                   Wilmington, DE 19808)
516680230*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
516680233*     +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 18, 2017
                              Form ID: pdf905          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
              Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Seymour   Wasserstrum   on behalf of Debtor Rosemary  Przychowicz mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3